ELAINE DONER et al., Appellants, v. DORIS BERKMAN et al., Respondents.—

Foster, P. J., Heffernan, Brewster and Coon, JJ., concur; Bergan, J., taking no part.